[No. 43424-1-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EUNICE PALMER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02077-2, Glenna Hall, J., entered August 28, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Grosse, J.

[No. 43661-9-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE SANDOVAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03124-3, Jim Street, J., entered July 13, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43733-0-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHENG S. SAEPHAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02932-1, Anthony P. Wartnik, J., entered October 26, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43945-6-I.    Division One.    December 20, 1999.]

WILLIAM V. STIPEK, ET AL., *Appellants*, v. REGIONAL TRUSTEE SERVICES CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-05489-0, George N. Bowden, J., entered December 29, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox and Ellington, JJ.